**Order entered November 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01041-CV
No. 05-15-01042-CV
No. 05-15-01043-CV
No. 05-15-01044-CV

### IN THE INTEREST OF M.W., ET AL, CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-13224-U, DF-13-18933-U, DF-14-010751-U, and DF-13-18931-U**

## ORDER

This is an accelerated appeal in a parental termination case and should be finally disposed within 180 days of the filing of the notice of appeal. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The notice of appeal was filed August 31, 2015. Based on the filing date of the clerk's record, appellant Mother's brief was due September 30, 2015. By order entered October 2, 2015, we extended the deadline to October 30, 2015. Although we cautioned appellant's counsel when we granted the thirty-day extension that no further extensions would be granted absent exigent circumstances, counsel has filed another motion seeking an additional thirty days to file the brief stating simply that she "has not had adequate time to prepare a quality brief." We **GRANT** the motion to the extent we **ORDER the brief be filed no later than November 12, 2015. No further extensions will be granted.**

/s/     DAVID L. BRIDGES
           PRESIDING JUSTICE